AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**SAMUEL LOMACK, JR.,**

      **Petitioner,**

                            **JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, MADISON**           **CASE NO.  2:13-CV-1016**
**CORRECTIONAL INSTITUTION,**   **JUDGE EDMUND A. SARGUS, JR.**
                                         **MAGISTRATE JUDGE E. A. PRESTON DEAVERS**

      **Respondent.**

\_\_\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the ORDER filed September 9, 2014, JUDGMENT is hereby entered DISMISSING this action.**

Date: September 9, 2014                        JOHN P. HEHMAN, CLERK

                                                           _/S/ Andy F. Quisumbing_
                                                             (By) Andy F. Quisumbing
                                                               Courtroom Deputy Clerk